AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

United States

v.

Jose Cosme

**APPEARANCE**

Case Number: 3:02CR61 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Jose Cosme

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/5/06 | [Signature] |
| Date | Signature |
| | David J. Goldstein      CT23264 |
| | Print Name                Bar Number |
| | 888 Grand Concourse |
| | Address |
| | Bronx            N.Y.         10451 |
| | City       State       Zip Code |
| | 718.665.9000       718.665.9147 |
| | Phone Number           Fax Number |

TOTAL P.04

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      :
                                            ss.:
COUNTY OF NEW YORK  :

Melissa Gonzalez, being duly sworn deposes and says:

1. I am not a party to the action, am over 18 years of age and reside at Bronx, New York.

2. On January 10, 2006, I served a true copy of the annexed Notice of Appearance to respondents, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, to the person(s) at the address indicated below:

U.S. Attorney's Office - AUSA H. Gordon Hall - District of Connecticut, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510

U.S. Attorney's Office - AUSA Peter Markle - District of Connecticut, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510

U.S. Attorney's Office - John A. Danaher, III, 450 Main Street, Room 328, Hartford, Connecticut 06103

U.S. Court of Appeals, Office of the Clerk, U.S. Courthouse, Foley Square, NY, NY 10007

JASON A. RIFKIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RI6131767
Qualified in New York County
My Commission Expires August 22, 2009

MELISSA GONZALEZ

Sworn to before me this 10th day of January, 2006

NOTARY PUBLIC