UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

JOSE COSME

FILED
2006 JAN 31 A 9:25

SPEEDY TRIAL WAIVER

Ind No. 3:01CR00224 (AWT)
3:02CR00061 (AWT)
3:02CR00062 (AWT)

I, JOSE COSME, hereby consent to the exclusion of the period of time up to and including February 15, 2006, for speedy trial purposes, in computing the time within which my cases must be brought to trial. This consent was translated for me into Spanish.

Dated: January 15, 2006

JOSE COSME

FAUSTO CANDELARIO-ORTIZ

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    :
                                         ss.:
COUNTY OF NEW YORK  :

Melissa Gonzalez, being duly sworn deposes and says:

1. I am not a party to the action, am over 18 years of age and reside at Bronx, New York.

2. On January 30, 2006, I served a true copy of the annexed Speedy Trial Waiver to respondents, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, to the person(s) at the address indicated below:

U.S. Attorney's Office - AUSA H. Gordon Hall - District of Connecticut, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510

U.S. Attorney's Office - AUSA Peter Markle - District of Connecticut, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510

U.S. Attorney's Office - John A. Danaher, III, 450 Main Street, Room 328, Hartford, Connecticut 06103

_____
MELISSA GONZALEZ

Sworn to before me this 30th
day of January, 2006

_____
NOTARY PUBLIC

**DAVID J. GOLDSTEIN**
**NOTARY PUBLIC**
**CITY OF NEW YORK 02GO5017572**
**CERTIFICATE FILED IN BRONX COUNTY**
**COMMISSION EXPIRES 09/07/2009**