UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------x
                           :
UNITED STATES OF AMERICA   :
                           :
                           :
v.                         :        No.   3:02CR00061(AWT)
                           :
JOSE COSME                 :
                           :
---------------------------x
```

**ENDORSEMENT ORDER**

Defendant Jose Cosme's Motion to Adjourn Jury Selection and Trial (Doc No. 168) is hereby GRANTED.  The court finds that the interests of justice served by postponing jury selection from April 13, 2006 to June 9, 2006 outweigh the interests of the public and the defendant in a speedy trial because the failure to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Accordingly, the speedy trial time shall be excluded from April 13, 2006 to June 9, 2006.

It is so ordered.

Dated this 29th day of March 2006 at Hartford, Connecticut..

/s/Alvin W. Thompson
_____
         Alvin W. Thompson
     United States District Judge