UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
----------------------------------X
UNITED STATES OF AMERICA,         :

        -against-                     :      CRIMINAL NO. 3:01CR0061 (AWT)

JOSE COSME,                       :      June 5, 2006

        Defendant.                    :
----------------------------------X

### SPEEDY TRIAL WAIVER

The defendant, JOSE COSME, having been advised that he has a right to a speedy trial, pursuant to the provisions of Title 18 U.S.C. § 3161 ©), waives such right, and agrees that all time from June 9, 2006, the date currently fixed for trial, until August 11, 2006, the new trial date, be excluded from the calculation of time within which trial must be commenced in this case.

Dated: June 5, 2006

_Jose Cosme_
_Fausto Camdelario Ortiz_

Respectfully submitted,

Goldstein & Weinstein
Attorneys for defendant
JOSE COSME
888 Grand Concourse
Bronx, New York 10451
Telephone no. (718) 665-9000

INTERPRETED BY:

_____