UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
----------------------------x
                            :
UNITED STATES OF AMERICA    :
                            :
                            :
v.                          :     No.  3:02CR00061(AWT)
                            :
JOSE COSME                  :
                            :
----------------------------x
```

**ENDORSEMENT ORDER**

    Defendant Jose Cosme's Motion to Adjourn Jury Selection and Trial (Doc No. 172) is hereby GRANTED.  The court finds that the interests of justice served by postponing jury selection from June 9, 2006 to August 11, 2006 outweigh the interests of the public and the defendant in a speedy trial because the failure to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Accordingly, the speedy trial time shall be excluded from June 9, 2006 to August 11, 2006.

    It is so ordered.

    Dated this 7th day of June 2006 at Hartford, Connecticut.

                                                 /s/Alvin W. Thompson
                                                   Alvin W. Thompson
                                       United States District Judge