# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

Jose Cosme, aka Jose M. Cosme; aka Franklin, aka Frankie, aka Pacha

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 3:02cr61(AWT)

YOU ARE HEREBY COMMANDED to arrest Jose Cosme, aka Jose M. Cosme; aka Franklin, aka Frankie, aka Pacha

and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment  □ Information  □ Complaint  □ Order of Court  □ Violation Notice  □ Probation Violation Petition

Charging him or her with (brief description of offense):

Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine; Possession with Intent to Distribute 5 Kilograms or More of Cocaine; Aiding and Abetting

in violation of 21 & 18 Title United States Code, Section(s) 846, 841(a)(1); 2

Kevin F. Rowe
Name of Issuing Officer

By _____ Deputy Clerk
Signature of Issuing Officer

Clerk
Title of Issuing Officer

3/7/02 Bridgeport
Date and location

Note: Prior to your court appearance, please contact the probation office in Bridgeport at 203-579-5707.

Bail Fixed at $ _____

Hon. William I. Garfinkel
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at: Dominican Republic

| | | |
|---|---|---|
| 3/7/02 DATE RECEIVED | S/A DEA NAME AND TITLE OF ARRESTING OFFICER | A TRUE COPY DATE _____ |
| 11/4/05 DATE OF ARREST | SIGNATURE OF ARRESTING OFFICER | BY _____ Deputy Clerk |