UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　:

　　　　　-against-　　　　　　　　　　　　CRIMINAL NO. 3:01CR00061 (AWT)

　　　　　　　　　　　　　　　　　　　　　:

JOSE COSME,　　　　　　　　　　　　　　August 2, 2006

　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


## MOTION TO ADJOURN JURY SELECTION AND TRIAL


JOSE COSME, defendant through undersigned counsel, requests that the court adjourn the jury selection and trial in the captioned matter until October 13, 2006, for the following reasons:

1.    I am an attorney admitted to practice in this Court, represent the captioned defendant and submit this affidavit in support of an application for the relief requested.  I have previously requested a continuance until that same date, and am submitting this motion to supplement my prior application.  The speedy trial waiver annexed to the prior application is made a part of this application as though more fully set forth herein.

2.    Jury selection and trial in this case have been scheduled for August 11, 2006.

3.    As indicated in prior requests for adjournments of the trial in this case, I am currently engaged in plea negotiations with the Government to resolve this case, as well as two other Indictments which are also pending before this court involving the same defendant. The parameters of the proposed disposition have already been discussed.

4. I am also scheduled to start a trial on August 7, 2006, in the Supreme Court, Bronx County, in the case of the People of the State of New York v. William Serrano. In that case, the defendant is charged with the crime of Attempted Murder and has been incarcerated for approximately two years awaiting trial. The trial was scheduled to commence on August 1, 2006, but was adjourned until August 7, 2006, because I had just completed a federal criminal trial on July 28, 2006, and did not have time to prepare for the Bronx trial. The Bronx trial is scheduled to last approximately two (2) weeks.

5. Subsequent to that trial, I am scheduled to begin a trial in Passaic County, New Jersey, in the case of the State v. Anyoli Gonzalez, where my client is charged with murder. That trial will start September 6, 2006.

6. As the parties have previously indicated to this court, we believe that this matter will be resolved, rendering a trial unnecessary.

7. For the foregoing reasons we respectfully request that the court adjourn the trial date from August 11, 2006, until October 13, 2006. The Government, by Gordon Hall, has no objection to this application.

8. As previously indicated, the defendant has executed a speedy trial waiver, and consented to the exclusion of time until October 13, 2006.

Respectfully submitted,

DAVID J. GOLDSTEIN
Goldstein & Weinstein
Attorneys for Defendant - Jose Cosme
Office and P.O. Address
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000

## CERTIFICATION OF SERVICE

This is to certify that a copy of foregoing was mailed to Assistant United States Attorney, Gordon Hall, United States Attorney's Office for the District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, this 2nd day of August, 2006.

DAVID J. GOLDSTEIN