UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
----------------------------------X
UNITED STATES OF AMERICA,          :

       -against-                        :          CRIMINAL NO. 3:02CR00061 (AWT)

                                          :
JOSE COSME,
                                          :
            Defendant.
----------------------------------X

## SPEEDY TRIAL WAIVER

      The defendant, JOSE COSME, having been advised that he has a right to a speedy trial, pursuant to the provisions of Title 18 U.S.C. § 3161 ©), waives such right, and agrees that all time from October 13, 2006, the date currently fixed for trial, until December 8 , 2006, the new trial date, be excluded from the calculation of time within which trial must be commenced in this case.

Dated: September 29, 2006

_____          _____

                                                    Respectfully submitted,

                                                    Goldstein & Weinstein
                                                   Attorneys for defendant
                                                   JOSE COSME
                                                   888 Grand Concourse
                                                   Bronx, New York 10451
                                                   Telephone no. (718) 665-9000

INTERPRETED BY:

_____