UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
------------------------------X

UNITED STATES OF AMERICA,              :

    -against-                              :     CRIMINAL NO. 3:02CR00061 (AWT)

                                           :     November 29, 2006

JOSE COSME,                            :

        Defendant.
------------------------------X

## CONSENTED TO MOTION TO CONTINUE JURY SELECTION AND TRIAL

JOSE COSME, defendant through undersigned counsel, requests that the court adjourn the jury selection and trial in the captioned matter until January 16, 2007, for the following reasons:

1. I am an attorney admitted to practice in this Court, represent the captioned defendant and submit this affidavit in support of an application for the relief requested.

2. Jury selection and trial in this case have been scheduled for December 8, 2006.

3. I expected to be engaged in hearings and trial in the Superior Court, Passaic County, New Jersey, before the Honorable Ronald Marmo, in the case of the State v. Anyoli Gonzalez, where my client is charged with murder. He has been incarcerated for more than two years, and the hearings and trial were scheduled many months ago to commence November 27, 2006. The trial was scheduled to last the entire month of December, because I was advised by the prosecution that approximately 20 witnesses would be called to testify. On November 27, 2006, an issue arose concerning my client's fitness to proceed, which required that the case be adjourned until January

4, 2007, for a competency hearing.

4. I prepared thoroughly to try that case, and did not and do not now have time to prepare for the trial of these three indictments. I have also been directed to commence hearings on December 4, 2006, in the Supreme Court, Bronx County, in a homicide case, in the matter of the People of the State of New York against Eduardo Urruthia, a case which is far older than the instant matter. The hearings are expected to last a number of days.

4. For the foregoing reasons we respectfully request that the court continue the trial date from December 8, 2006, until January 16, 2007. The Government, by Gordon Hall, has no objection to this application.

5. The defendant will executed a speedy trial waiver, which will be filed separately, consenting to the exclusion of time until January 16 , 2007 ("Exhibit **A**").

Respectfully submitted,

_____
DAVID J. GOLDSTEIN
Goldstein & Weinstein
Attorneys for Defendant - Jose Cosme
Office and P.O. Address
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000

## CERTIFICATION OF SERVICE

      This is to certify that a copy of foregoing was mailed to Assistant United States Attorney, Gordon Hall, United States Attorney's Office for the District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, this 29th day of November, 2006.

_____
DAVID J. GOLDSTEIN