UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,            :

                                                 :

       -against-                           CRIMINAL NO. 3:02CR00061 (AWT)

                                                 :

JOSE COSME,

                                                 :

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## SPEEDY TRIAL WAIVER

       The defendant, JOSE COSME, having been advised that he has a right to a speedy trial, pursuant to the provisions of Title 18 U.S.C. § 3161 ©), waives such right, and agrees that all time from December 8, 2006, the date currently fixed for trial, until January 16, 2007, the new trial date, be excluded from the calculation of time within which trial must be commenced in this case.

Dated: November 28, 2006

_____                  _____

                                                                       Respectfully submitted,

                                                                       Goldstein & Weinstein
                                                                       Attorneys for defendant
                                                                       JOSE COSME
                                                                       888 Grand Concourse
                                                                       Bronx, New York 10451
                                                                       Telephone no. (718) 665-9000

INTERPRETED BY:

_____

*LAW OFFICES*
**GOLDSTEIN & WEINSTEIN**
888 GRAND CONCOURSE
BRONX, NEW YORK 10451
(718) 665-9000