**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
UNITED STATES OF AMERICA       :
                               :
v.                             :   No.3:02CR00061(AWT)
                               :
JOSE COSME                     :
-------------------------------x
```

**ENDORSEMENT ORDER**

    Defendant Jose Cosme's Consented to Motion to Continue Jury Selection and Trial (Doc. No. 192) is hereby GRANTED.  The court finds that the interests of justice served by postponing jury selection from December 8, 2006 to January 16, 2007 outweigh the interests of the public and the defendant in a speedy trial because the failure to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The defendant filed a speedy trial waiver for the period from December 8, 2006 to January 16, 2007.  Accordingly, the speedy trial time shall be excluded from December 8, 2006 to January 16, 2007.

    It is so ordered.

    Dated this 4th day of December 2006 at Hartford, Connecticut.

                                        /s/AWT
                                Alvin W. Thompson
                      United States District Judge