UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,          :

                                                 :

    -against-                          CRIMINAL NO. 3:02CR00061 (AWT)

                                                 :

JOSE COSME,

                                                 :

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## SPEEDY TRIAL WAIVER

      The defendant, JOSE COSME, having been advised that he has a right to a speedy trial, pursuant to the provisions of Title 18 U.S.C. § 3161 ©), waives such right, and agrees that all time from January 16, 2007, the date currently fixed for trial, until March 13, 2007, the new trial date, be excluded from the calculation of time within which trial must be commenced in this case.

Dated: December 28, 2006

*[signature: Fausto Candelario or tg]*

                                Respectfully submitted,

                                Goldstein & Weinstein
                                Attorneys for defendant
                                JOSE COSME
                                888 Grand Concourse
                                Bronx, New York 10451
                                Telephone no. (718) 665-9000

INTERPRETED BY:

*[signature]*