**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
UNITED STATES OF AMERICA       :
                               :
v.                             :    No.3:02CR00061(AWT)
                               :
JOSE COSME                     :
-------------------------------x
```

### ENDORSEMENT ORDER

    Defendant Jose Cosme's Consented to Motion to Continue Jury Selection and Trial (Doc. No. 196) is hereby GRANTED.  The court finds that the interests of justice served by postponing jury selection from January 16, 2007 to March 13, 2007 outweigh the interests of the public and the defendant in a speedy trial because the failure to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The defendant filed a speedy trial waiver for the period from January 16, 2007 to March 13, 2007.  Accordingly, the speedy trial time shall be excluded from January 16, 2007 to March 13, 2007.

    It is so ordered.

    Dated this 5th day of January 2007 at Hartford, Connecticut.

                                           /s/AWT
                                    Alvin W. Thompson
                         United States District Judge